IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INNOCENT RUTAHAGARA BATAMULA, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-2657 |
| § | |
| SECRETARY JANET NAPOLITANO, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

The petitioner, Innocent Batamula, has moved for an emergency or expedited hearing on his petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The defendants, Janet Napolitano, Secretary of the Department of Homeland Security, Sabrina Gray, Chief Counsel, Houston, Texas, Department of Homeland Security/Immigration and Customs Enforcement, Robert Lacy, Jr., Warden at CCA's Houston Processing Center, and David Jennings, Field Office Director, Office of Detention of Removal, U.S. Immigration and Customs Enforcement, must file a response no later than **September 27, 2013**. A hearing is set for **October 4, 2013**, at 8:30 a.m. in Courtroom 11-B.

Counsel for Innocent Batamula is ordered to serve this order along with the petition, motion, and order and to give telephone and written notice to the U.S. Attorney's Office in Houston, Texas, as soon as practicable.

SIGNED on September 13, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge