IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INNOCENT RUTAHAGARA BATAMULA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2657 |
| | § | |
| SECRETARY JANET NAPOLITANO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants' Motion to Dismiss Petition for a Writ of Habeas Corpus is granted. (Docket Entry No. 6). The petitioner has been released from custody, making this case moot. The petition is dismissed.

SIGNED on October 1, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge